THAYER
*v.*
DOVE.

*Monday,*
*January* 10,
1848.

*Thursday,*
*January* 20,
1848.

---

THAYER *v.* DOVE.—On appeal.

SUIT commenced before a justice of the peace. The summons was returnable on the 6th of *June*, 1846, and was served on the 4th of that month. The defendant moved for a dismissal of the suit, on the ground that the service of the summons was insufficient. This motion being overruled, the defendant moved for and obtained a continuance. The cause, on the day to which it was continued, was tried, and judgment rendered for the plaintiff. The defendant appealed to the Circuit Court, and there moved for a dismissal of the suit on the same ground on which his motion to dismiss,

*Thursday,*
*January* 20,
1848.

Nov. Term,
1847.

before the justice, was made; and the motion was sustained. *Held*, that the defendant, by moving for and obtaining said continuance, waived the objection as to the service of the summons. Judgment reversed. See *Wibright* v. *Wise*, 4 Blackf. 137.—*Early* v. *Patterson*, *id*. 449.—*Rittenour* v. *Mᶜ Causland*, 5 *id*. 540.—*Dudley* v. *Fisher*, 7 *id*. 553.—R. S. 1843, p. 866.